HENRY E. H. BRERETON, Appellant, *v.* LAURA E. GILMORE, Respondent.

Reported below, 66 App. Div. 616.
(Submitted January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

The motion was made upon the grounds that the Court of Appeals has no jurisdiction to entertain the appeal, which is from an unanimous affirmance by the Appellate Division of a judgment rendered in an action to recover for services; that there is no question of law involved, and that the exceptions taken by the appellant on the trial are frivolous.

*Charles R. Patterson* for motion.

*T. W. McArthur* opposed.

Motion denied, with ten dollars costs.